UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| KATRINA HAYWOOD,<br><br>              Plaintiff,<br><br>     v.<br><br>MARKETSOURCE, INC., a California<br>Corporation; TARGET CORPORATION,<br>a Minnesota Corporation,<br><br>              Defendants. | CIV. NO. 2:14-887 WBS DAD<br><br><br>ORDER OF RECUSAL |

----oo0oo----

          Pursuant to 28 U.S.C. §455(b)(4), the undersigned

hereby recuses himself as the judge to whom this case is assigned

because the undersigned has a financial interest in Target

Corporation.

          IT IS THEREFORE ORDERED that the Clerk of the Court

reassign this case to another judge for all further proceedings,

making appropriate adjustments in the assignments of civil cases

1

to compensate for such reassignment.

IT IS FURTHER ORDERED that any previous orders issued by the undersigned judge in this case are hereby VACATED and SET ASIDE, and any dates previously set by the undersigned judge in this case are hereby VACATED.

Dated:  May 15, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2