WILLIAM F. WRIGHT - SBN 109470
JULIE A. DOUMIT - SBN 272574
LAW OFFICES OF WILLIAM F. WRIGHT
1731 J Street, Suite 250
Sacramento, California 95811
Telephone:     (916) 442-8614
Facsimile:      (916) 442-5679

Attorneys for Plaintiff Katrina Haywood

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATRINA HAYWOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>MARKETSOURCE, INC., TARGET CORPORATION, and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO: 2:14-CV-00887-JAM-DAD<br><br>**NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE AND ORDER THEREON** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Katrina Haywood hereby requests that the above-entitled action be dismissed with prejudice after settlement by the parties.

DATED: May 20, 2015                         /s/ Julie A. Doumit
                                            JULIE A. DOUMIT

IT IS SO ORDERED:

DATED: __5/21/2015                          /s/ John A. Mendez

                                            HONORABLE JOHN A. MENDEZ
                                            U. S. District Court Judge
                                            Eastern District of California